# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE, <br><br> Plaintiff, <br><br> v. <br><br> M.E. SPEARMAN, et al., <br><br> Defendants. | No. 2:18-CV-0057-JAM-DMC-P <br><br><br> ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to amend (ECF No. 16).

On August 16, 2019, the court issued a screening order addressing the sufficiency of plaintiff's first amended complaint. In that order, the court concluded plaintiff's first amended complaint states a cognizable First Amendment claim against defendant J. Schuster based on denial of access to the courts. The court also determiners that plaintiff's first amended complaint fails to state any other claims against any other defendants. Plaintiff was provided an opportunity to file an amended complaint within 30 days addressing the deficiencies identified in the court's screening order. The instant motion for leave to amend was filed apparently in response on September 19, 2019. Along with his motion, plaintiff has also filed a second amended complaint.

/ / /

1

Plaintiff's motion for leave to amend is denied as unnecessary because, as explained above, the court has already granted plaintiff leave to amend. In reviewing plaintiff's motion and the second amended complaint filed therewith, however, it appears that plaintiff's amended factual allegations are more thoroughly set forth in the motion for leave to amend than they are in the second amended complaint. Because the court is unable to look to documents outside the second amended complaint to make it complete and to the extent plaintiff intends the allegations set forth in his motion to support the second amended complaint, plaintiff will be provided an opportunity to file a third amended complaint setting forth all his amended factual allegations in a single pleading. If no third amended complaint is filed within the time provided herein, the action will proceed on the second amended complaint filed on September 19, 2019.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (ECF No. 16) is denied as unnecessary;

2. Plaintiff may file a third amended complaint within 30 days of the date of this order; and

3. If no third amended complaint is filed, this action shall proceed on the second amended complaint filed on September 19, 2019.

Dated: October 3, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE