IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE,<br><br>Plaintiff,<br><br>v.<br><br>J. SCHUSTER, et al.,<br><br>Defendants. | No.  2:18-CV-0057-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Defendant's motion to modify the Court's June 17, 2020 scheduling order. ECF No. 34 Defendant requests that the Court extend the time for discovery. Id. Defendant also requests that the Court (1) extend the time to depose Plaintiff until May 31, 2021; (2) extend the time for motions to compel until June 30, 2021; and (3) extend the time for dispositive motions until August 30, 2021. Id. Defendant has also filed a motion to compel Plaintiff to respond to discovery requests. ECF No. 33. The Court will address the motion to compel by separate order after expiration of time for Plaintiff to file a response. See L.R. 230(l).

Defendant filed a previous motion to modify the scheduling order on September 22, 2020, which the Court has not addressed. ECF No. 30. Defendant indicates that his present motion supersedes the September 22, 2020. ECF No. 26 at 1–2. The September 22, 2020 motion is accordingly denied as moot.

1

In his present motion, Defendant indicates that Plaintiff has failed to respond to written requests for production of documents and interrogatories necessary to depose Plaintiff. Id. at 2–3. Furthermore, discovery, including scheduling Plaintiff's deposition, has been made difficult by Plaintiff's prior detention in a County facility rather than a facility managed by the California Department of Corrections and Rehabilitation (CDCR). Id. at 3. Plaintiff has apparently been moved to a CDCR facility, but confirmation of Plaintiff's present address is pending. Id. Scheduling difficulties have further been compounded by the enduring COVID-19 pandemic and resulting remote work situations and medical lockdowns in California penal institutions. Id. at 3–4.

Due to the circumstances above, the Court finds that good cause exists for modification of the scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's first motion (ECF No. 30) for modification of the discovery schedule is **DENIED** as moot.

2. Defendant's second motion (ECF No. 34) for modification of the discovery schedule is **GRANTED**.

3. The parties may conduct discovery—including Defendant's deposition of Plaintiff—until May 31, 2021. Motions to compel shall be filed within 60 days thereafter.

3. Dispositive motions shall be filed within 90 days from the cut-off date specified above.

4. Discovery is otherwise closed.

Dated: January 5, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2