# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE, | No. 2:18-CV-0057-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. SCCHUSTER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 5, 2021, the Magistrate Judge filed findings and recommendations herein, see ECF Nos. 35 and 36 which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 |     1.    The findings and recommendations filed January 5, 2021, ECF Nos. 35 and

3 | 36, are adopted in full; and

4 |     2.    Plaintiff's motions for injunctive relief, ECF Nos. 31 and 32, are denied.

Dated:  March 11, 2021

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE