# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>    Defendants. | No. 2:18-CV-0057-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Defendants' unopposed motion to compel. See ECF No. 33.

On September 11, 2020, Defendants served on Plaintiff requests for admissions, requests for production of documents, and interrogatories. See ECF No. 33, pgs. 7-19 (Exhibit A to Mark declaration). To date, Plaintiff has not served responses to these discovery requests. See ECF No. 33, pg. 5 (Mark declaration). Good cause appearing therefor, Defendants' unopposed motion to compel is granted. Plaintiff shall serve written responses to Defendants' discovery requests and produce responsive documents within 30 days of the date of this order. Plaintiff is

/ / /

/ / /

/ / /

1

cautioned that failure to comply may result in the imposition of sanctions, including terminating sanctions.

IT IS SO ORDERED.

Dated: April 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE