IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SCHUSTER,<br><br>　　　　Defendant. | No.  2:18-CV-0057-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Defendant's motion to stay proceedings, ECF No. 43; and (2) Plaintiff's motion for modification of the scheduling order, ECF No. 46.

In his motion to stay proceedings, Defendant states that a stay is required until Plaintiff has been released from county custody because he is unable to take Plaintiff's deposition while he remains in county custody.  See ECF No. 43.  Defendant does not explain why a deposition is not possible while Plaintiff is in county custody.  On this record, the Court does not find good cause for a stay of proceedings and, for this reason, Defendant's motion will be denied.

In his motion to modify the schedule, Plaintiff requests additional time to complete discovery due to difficulties he is experiencing with mail.  See ECF No. 46.  Good cause appearing therefor, Plaintiff's motion will be granted.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to stay proceedings, ECF No. 43, is denied;

2. Plaintiff's motion to modify the schedule, ECF No. 46, is granted;

3. The parties may conduct discovery until January 3, 2022;

4. Any motions necessary to compel discovery shall be filed within 60 days from this date; and

5. Dispositive motions shall be filed by May 9, 2022.

Dated: August 3, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE