# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SCHUSTER,<br><br>    Defendant. | No. 2:18-CV-0057-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On the Court's own motion, the stay of proceedings imposed on September 14, 2021, is extended through the date of the settlement conference set before Hon. Jeremy D. Peterson on May 17, 2022.

IT IS SO ORDERED.

Dated: March 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1