## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MIGUEL ADOLFO BUSTAMANTE,   No. 2:18-CV-0057-WBS-DMC-P

    Plaintiff,

  v.

J. SCHUSTER,

           **ORDER & WRIT OF HABEAS CORPUS**
    Defendant.      **AD TESTIFICANDUM**

Miguel Adolfo Bustamante, Booking # 202018883, a necessary and material witness in a settlement conference in this case on May 17, 2022, is confined in the John Benoit Detention Center, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson, by telephonic-conferencing from his place of confinement, on Tuesday, May 17, 2022 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. If jail officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** Sheriff, Riverside County, John J. Benoit Detention Center, Indio Jail, P.O. Box 1748, Indio, California 92202:

**WE COMMAND** you to produce the inmate named above to testify before Judge Peterson at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE